UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

UNITED STATES OF AMERICA,

       Plaintiff,

v.                 Case Number 12-10890
                    Honorable Thomas L. Ludington

CYNTHIA M FULLWOOD,

       Defendant.
_____/

**ORDER ADOPTING REPORT AND RECOMMENDATION
AND GRANTING PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT**

  This matter is before the Court on the report and recommendation (ECF No. 16) issued by Magistrate Judge Charles E. Binder on February 21, 2013, on Plaintiff's motion for summary judgment (ECF No. 15). Judge Binder recommends that the Court grant Plaintiff's motion.

  Any party may serve and file written objections "[w]ithin fourteen days after being served with a copy" of the report and recommendations. 28 U.S.C. § 636(b)(1). The district court will make a "de novo determination of those portions of the report . . . to which objection is made." *Id.* The Court is not obligated to review the portions of the report to which no objection was made. *Thomas v. Arn*, 474 U.S. 140, 149–52 (1985). As of today's date, no party has filed any objections to Judge Binder's report and recommendation.

  Accordingly, it is **ORDERED** that Judge Binder's report and recommendation (ECF No. 15) is **ADOPTED**.

It is further **ORDERED** that Plaintiff's motion for summary judgment (ECF No. 15) is **GRANTED**.

Dated: March 13, 2013

           s/Thomas L. Ludington
           THOMAS L. LUDINGTON
           United States District Judge

**PROOF OF SERVICE**

The undersigned certifies that a copy of the foregoing order was served upon each attorney or party of record herein by electronic means or first class U.S. mail on March 13, 2013.

        s/Tracy A. Jacobs
        TRACY A. JACOBS